Form ntcplp

# United States Bankruptcy Court

District of South Dakota

In re:  Case Number: 07−40712
Chapter: 13

**Erik Christian Saugstad**
SSN/ITIN xxx−xx−4786

**Angela Michele Saugstad**
SSN/ITIN xxx−xx−0816
aka  Angie Saugstad
fka  Angie Andal

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE Debtor(s) has/have completed all payments under their confirmed plan and any subsequent court−approved modifications of the confirmed plan.

PLEASE TAKE FURTHER NOTICE Debtor(s) must file a Debtor's Certification and Request for Discharge in compliance with Local Bankruptcy Rule 3072−3(b)/the Court's General Order dated March 31, 2008 on or before **October 4, 2010**.

PLEASE TAKE FURTHER NOTICE this case may be administratively closed without the entry of a discharge if Debtor(s) does not/do not timely comply with Local Bankrupcy Rule 3072−3(b)/the Court's General Order dated March 31, 2008.

PLEASE TAKE FURTHER NOTICE the Local Rankruptcy Rules, the Court's General Order dated March 31, 2008, and a sample Debtor's Certification and Request for Discharge are available on the Court's website at www.sdb.uscourts.gov.

Dated: September 3, 2010

s/ Dale A. Wein

Chapter 13 Trustee