Form ntcplp

# United States Bankruptcy Court

District of South Dakota

**In re:**                                                                 **Case Number: 07−40712**
                                                                                    **Chapter: 13**

**Erik Christian Saugstad**
SSN/ITIN xxx−xx−4786

**Angela Michele Saugstad**
SSN/ITIN xxx−xx−0816
aka Angie Saugstad
fka Angie Andal

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

    PLEASE TAKE NOTICE Debtor(s) has/have completed all payments under their confirmed plan and any subsequent court−approved modifications of the confirmed plan.

    PLEASE TAKE FURTHER NOTICE Debtor(s) must file a Debtor's Certification and Request for Discharge in compliance with Local Bankruptcy Rule 3072−3(b)/the Court's General Order dated March 31, 2008 on or before **October 4, 2010**.

    PLEASE TAKE FURTHER NOTICE this case may be administratively closed without the entry of a discharge if Debtor(s) does not/do not timely comply with Local Bankrupcy Rule 3072−3(b)/the Court's General Order dated March 31, 2008.

    PLEASE TAKE FURTHER NOTICE the Local Rankruptcy Rules, the Court's General Order dated March 31, 2008, and a sample Debtor's Certification and Request for Discharge are available on the Court's website at www.sdb.uscourts.gov.

Dated: September 3, 2010

                                                                                                  s/ Dale A. Wein

                                                                                                  Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: dmick               Page 1 of 1              Date Rcvd: Sep 03, 2010
Case: 07-40712                 Form ID: ntcplp           Total Noticed: 1

The following entities were noticed by first class mail on Sep 05, 2010.
db/db         +Erik Christian Saugstad,   Angela Michele Saugstad,    410 North 6th,    Beresford, SD 57004-1208
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2010**                    **Signature:**    _/s/ Joseph Speetjens_