Form ntcdbcer

# United States Bankruptcy Court

District of South Dakota

Case Number: 07−40712
Chapter: 13

In re:

**Erik Christian Saugstad**
SSN/ITIN xxx−xx−4786

**Angela Michele Saugstad**
SSN/ITIN xxx−xx−0816
aka  Angie Saugstad
fka  Angie Andal

## NOTICE OF DEBTOR'S FILING OF CERTIFICATION AND REQUEST FOR DISCHARGE AND SETTING DEADLINE FOR RESPONSE

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

   PLEASE BE ADVISED the above−named Debtor(s) has/have filed with the Court a Certification and Request for Discharge.

   Any party objecting to the entry of a discharge on the grounds Debtor(s) has/have failed to comply with Bankr. D.S.D. R. 3072−1B(b) or has/have failed to complete all plan payments shall file an objection or other response to the Certification and Request for Discharge. Any objection or response must be filed on or before **October 28, 2010** and filed with the Clerk of the United States Bankruptcy Court, whose address is:

> Bankruptcy Clerk's Office
> 400 S. Phillips Ave., Room 104
> Sioux Falls, SD 57104−6851

   If an objection or response is filed on or before the date set forth above, the Court will set a hearing on the Certification and Request for Discharge by a separate order.

Dated:   10/4/10

> Frederick M. Entwistle
> Clerk, U.S. Bankruptcy Court
>
> s/Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: dmick              Page 1 of 1              Date Rcvd: Oct 04, 2010
Case: 07-40712                Form ID: ntcdbcer        Total Noticed: 21

The following entities were noticed by first class mail on Oct 06, 2010.
 db/db        +Erik Christian Saugstad,   Angela Michele Saugstad,    410 North 6th,   Beresford, SD 57004-1208
 856959        AAA Collection,   PO Box 881,   Sioux Falls, SD  57101-0881
 856960        Aspire,   PO Box 105555,   Atlanta, GA  30348-5555
 856961        Breit Law Office,   For JNR Adjustment Co,SVH,   606 E Tan Tara Cir,
               Sioux Falls, SD  57108-4686
 858604       +CAPITAL ONE BANK,   C/O TSYS DEBT MANAGEMENT,   PO BOX 5155,   NORCROSS, GA 30091-5155
 856963       +Checkmate,   PO Box 88610,   Sioux Falls, SD 57109-8610
 862112        CitiFinancial, Inc.,   PO Box 70919,   Charlotte, NC   28272-0919
 856964       +Citifinancial,   3208 E.10th St.,   Sioux Falls, SD 57103-2105
 856965        First National Bank South Dakota,   PO Box 85130,   Sioux Falls, SD  57118-5130
 856967        HSBC Card Services,   PO Box 80084,   Salinas, CA  93912-0084
 856966        Home Federal Savings Bank,   PO Box 5000,   Sioux Falls, SD  57117-5000
 856968        LHR,   6341 Inducon Drive East,   Sanborn, NY 14132-9097
 856969       +Medical X Ray Center,   1417 S.Minnesota Ave.,   Sioux Falls, SD 57105-1783
 856970       +Olson's Ace Hardware,   200 North 3rd St,   Beresford, SD 57004-1744
 856971       +Peterson And Stuart,   103 North Third Street,   Beresford, SD 57004-1741
 856972       +Plastic Surgery Associates Of SD,Ltd,   911 E.20th,Suite 602,   Sioux Falls, SD 57105-1088
 856973        Robert E.Hayes,   206 E.14th,   Sioux Falls, SD  57104
 856974       +Sanford Clinical Labs,   1201 S.Euclid Ave,   Sioux Falls, SD 57105-7700
 856975        Sanford Health,   PO Box 5074,   Sioux Falls, SD  57117-5074
 856976       +South Dakota Housing Development Corp,   PO Box 1237,   Pierre, SD 57501-1237
 871127        eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 856962       ##Capital One Bank,   PO Box 85167,   Richmond, VA  23285-5167
                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                    **Signature:**    _Joseph Speetjens_